# The Law Office of Noor A. Saab, Esq.

380 North Broadway, Penthouse West, Jericho, NY 11753
Tel: 718-740-5060 * Fax: 718-709-5912
Email: NoorASaabLaw@Gmail.com

October 18, 2023

<u>**VIA ECF**</u>
Honorable Judge Lorna G. Schofield
United States District Court
Southern District of New York
40 Foley Square
New York, NY 10007

**Re:** <u>**Kevin Yan Luis v. Year of Ours, Inc.– Case No. 1:23-cv-07654-LGS**</u>

To the Honorable Judge Lorna G. Schofield,

  The Plaintiff submits this status letter motion pursuant to Your Honor's Order dated October 16, 2023 (Docket #6) respectfully requesting an adjournment of the initial conference currently scheduled for October 25, 2023. Plaintiff has not been in communication with the Defendant. Plaintiff attempted to call the Defendant to alert it of this pending action. After no further response, Plaintiff hired ABC Legal process server to execute service upon the Defendant on October 10, 2023. To date, service has not been executed upon the Defendant. Plaintiff intends on sending the summons and complaint for service upon the Department of State where the Defendant business is registered. Plaintiff respectfully requests a thirty (30) day adjournment of the initial conference from October 25, 2023 to November 24, 2023 to allow the Plaintiff time to execute service upon the Plaintiff. This is the first time this relief is being requested

The Plaintiff wishes to thank Your Honor and this Court for the time and attention to this matter.

Respectfully submitted,

*/s/ Noor A. Saab*
Attorney for the Plaintiff

Application **GRANTED** in part. The initial pretrial conference scheduled for October 25, 2023, is **ADJOURNED** to **November 22, 2023 at 4:10 P.M**. Plaintiff shall file proof of service upon the Department of State or upon Defendant by **November 8, 2023.** The parties shall file the joint status letter and proposed case management plan by **November 15, 2023**, if the parties are in contact at that time. If the parties are not in contact at that time, Plaintiff shall file a letter by **November 15, 2023,** requesting further adjournment of the conference.

Dated: October 19, 2023
   New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE