UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
KEVIN YAN LUIS,                                             :
                            Plaintiff,           :
                                                            :        23 Civ. 7654 (LGS)
            -against-                               :
                                                            :        <u>ORDER</u>
YEAR OF OURS, INC.,                                         :
                            Defendant.           :
                                                            :
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Order dated August 31, 2023, required the parties to file a proposed case management plan and joint letter by October 11, 2023, and scheduled an initial pretrial conference for October 18, 2023, at 4:10 P.M.

      WHEREAS, the parties did not timely file their materials.

      WHEREAS, the Order dated October 16, 2023, directed the parties to file their materials by October 18, 2023, and adjourned the October 18, 2023, conference to October 25, 2023.

      WHEREAS, on October 18, 2023, Plaintiff filed a letter requesting adjournment of the October 25, 2023, conference.

      WHEREAS, the Order dated October 19, 2023, adjourned the October 25, 2023, conference to November 22, 2023.

      WHEREAS, on October 23, 2023, Defendant filed a notice of appearance.

      WHEREAS, the initial pretrial conference is currently scheduled for November 22, 2023, at 4:10 P.M.

      WHEREAS, the parties did not timely file their materials.

WHEREAS, on November 15, 2023, Plaintiff filed a letter requesting adjournment of the November 22, 2023, conference to December 20, 2023.  It is hereby

**ORDERED** the parties shall file a joint letter and proposed case management plan as soon as possible and no later than **November 22, 2023.**  The November 22, 2023, conference is **ADJOURNED** to **November 29, 2023, at 4:10 P.M.**

Dated: November 16, 2023
      New York, New York

**LORNA G. SCHOFIELD**
**UNITED STATES DISTRICT JUDGE**