UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN YAN LUIS,
                    Plaintiff,
         -against-                          23 Civ. 7654 (LGS)

YEAR OF OURS, INC.,                           ORDER
                    Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

       WHEREAS, the Civil Case Management Plan and Scheduling Order, dated November 27, 2023, required the parties to file a joint status letter by January 29, 2024.

       WHEREAS, the parties have not filed the required status letter.

       **ORDERED** that, as soon as possible and no later than **February 6, 2024**, the parties shall file the required letter in accordance with Individual Rule IV.A.2.

Dated: January 31, 2024
       New York, New York

LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE