UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
KEVIN YAN LUIS,
                           Plaintiff,

            -against-                       23 Civ. 7654 (LGS)

YEAR OF OURS, INC.,                        ORDER
                          Defendant.
------------------------------------------------------------X

LORNA G. SCHOFIELD, District Judge:

      WHEREAS, the Civil Case Management Plan and Scheduling Order, dated November 27, 2023, required the parties to file a joint status letter by January 29, 2024.

      WHEREAS, the parties did not file the required status letter.

      WHEREAS, an Order dated January 31, 2024, directed the parties to file the status letter as soon as possible and no later than February 6, 2024.

      WHEREAS, the parties have not filed the required status letter.

      **ORDERED** that, as soon as possible and no later than **February 12, 2024**, the parties shall file the required letter in accordance with Individual Rule IV.A.2.  The parties are apprised that further extensions will not be granted absent compelling circumstances, and failure to comply with the deadlines will result in dismissal of this action for failure to prosecute.

Dated: February 7, 2024
       New York, New York

_____
LORNA G. SCHOFIELD
UNITED STATES DISTRICT JUDGE